UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,                                         7:16-MJ-6265(MRG)

                              Plaintiff,

                                                                  **J U D G M E N T**

          -against-

Renard O. Barone,

                              Defendant.

---

        The issues in the above entitled action having been brought on before the Honorable

Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on November 18,

2016 accepted the defendant's plea of guilty to the charge of Disorderly Conduct, in violation of

the provisions of section 240.20 of the Penal Law of the State of New York, in full satisfaction

of the Misdemeanor Complaint filed on September 30, 2016, and it is,

        ORDERED, ADJUDGED AND DECREED that the defendant Renard O. Barone is
sentenced to:

        (1) Attend a session for Victim Impact Panel and fifty (50) hours of community service

             with proof of completion to be provided before June 23, 2017,

        (2) A fine of $175.00 with time to pay White Plains by December 11, 2016 or he is to

             appear December 12, 2016 in U.S. District court.

Dated: _Sept 9, 2022_
Poughkeepsie N.Y.


                                                    SO ORDERED:


                                                    _____
                                                    Hon. Martin R. Goldberg
                                                    United States Magistrate Judge